IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MARK BOSIA,<br><br>        Plaintiff,<br><br>   v.<br><br>OCWEN MORTGAGE SERVICING, INC., et al.,<br><br>        Defendants. | Case No. 17-cv-02701-MMC<br><br>**ORDER DIRECTING PLAINTIFF TO SUBMIT CHAMBERS COPY OF COMPLAINT** |

On May 25, 2017, the above-titled action was reassigned to the undersigned.

To facilitate the Court's review of the case, plaintiff is hereby DIRECTED to submit forthwith a chambers copy of his complaint, filed May 10, 2017.

**IT IS SO ORDERED.**

Dated: May 31, 2017

_____
MAXINE M. CHESNEY
United States District Judge