IN THE UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| Mark Bosia<br><br>      Plaintiff,<br><br>v.<br><br>Ocwen Mortgage Servicing, Inc.,<br>Ocwen Loan Servicing, LLC,<br><br>      Defendants. | Case No.: 3:17-cv-02701-MMC<br><br>[PROPOSED] ORDER GRANTING NOTICE OF VOLUNTARY DISMISSAL OF DEFENDANT OCWEN MORTGAGE SERVICING, INC. ONLY, WITHOUT PREJUDICE PURSUANT TO F.R.C.P. 41(a)<br><br>HON. MAXINE M. CHESNEY |

Based upon ~~the~~ plaintiff's notice of Voluntary dismissal of defendant Ocwen Mortgage Servicing, Inc. only, without prejudice, ~~and good cause,~~ this Court hereby orders Defendant Ocwen Mortgage Servicing, Inc. ~~to be, and is,~~ dismissed without prejudice pursuant to F.R.C.P 41(a).

IT IS ORDERED.

Dated: July 13, 2017

                                             /s/ Maxine M. Chesney
                                          HON. MAXINE M. CHESNEY
                                          UNITED STATES DISTRICT JUDGE