# UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| Mark Bosia | Case No: 3:17-cv-02701 |
| Plaintiff(s), | **APPLICATION FOR ADMISSION OF ATTORNEY PRO HAC VICE** |
| v. | **PRO HAC VICE** |
| Ocwen Loan Servicing, LLC | (CIVIL LOCAL RULE 11-3) |
| Defendant(s). | |

I, Virginia Bell Flynn, an active member in good standing of the bar of Texas, hereby respectfully apply for admission to practice *pro hac vice* in the Northern District of California representing: Ocwen Loan Servicing, LLC in the above-entitled action. My local co-counsel in this case is Chad R. Fuller, an attorney who is a member of the bar of this Court in good standing and who maintains an office within the State of California.

| MY ADDRESS OF RECORD: | LOCAL CO-COUNSEL'S ADDRESS OF RECORD: |
|---|---|
| 4320 Fairfax Dr. | 11682 El Camino Real, Suite 400 |
| Dallas, TX  75205 | San Diego, CA  92130 |
| MY TELEPHONE # OF RECORD: | LOCAL CO-COUNSEL'S TELEPHONE # OF RECORD: |
| (804) 697-1480 | (858) 509-6056 |
| MY EMAIL ADDRESS OF RECORD: | LOCAL CO-COUNSEL'S EMAIL ADDRESS OF RECORD: |
| virginia.flynn@troutmansanders.com | chad.fuller@troutmansanders.com |

I am an active member in good standing of a United States Court or of the highest court of another State or the District of Columbia, as indicated above; my bar number is: # 24101258.

A true and correct copy of a certificate of good standing or equivalent official document from said bar is attached to this application.

I agree to familiarize myself with, and abide by, the Local Rules of this Court, especially the Standards of Professional Conduct for attorneys and the Alternative Dispute Resolution Local Rules.

*I declare under penalty of perjury that the foregoing is true and correct.*

Dated:                                           Virginia Bell Flynn
                                                 APPLICANT

---

### ORDER GRANTING APPLICATION
### FOR ADMISSION OF ATTORNEY PRO HAC VICE

IT IS HEREBY ORDERED THAT the application of Virginia Bell Flynn is granted, subject to the terms and conditions of Civil L.R. 11-3. All papers filed by the attorney must indicate appearance *pro hac vice*. Service of papers upon, and communication with, local co-counsel designated in the application will constitute notice to the party.

Dated: August 7, 2017

                                                 *[signature: Maxine M. Chesney]*
                                                 UNITED STATES DISTRICT/~~MAGISTRATE~~ JUDGE