# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF CALIFORNIA

Mark Bosia )
                              Plaintiff(s), )
v. )
Ocwen Loan Servicing, LLC )
                              Defendant(s). )

Case No: 3:17-cv-02701

**APPLICATION FOR ADMISSION OF ATTORNEY PRO HAC VICE**
(CIVIL LOCAL RULE 11-3)

I, **John C. Lynch**, an active member in good standing of the bar of **Virginia**, hereby respectfully apply for admission to practice *pro hac vice* in the Northern District of California representing: **Ocwen Loan Servicing, LLC** in the above-entitled action. My local co-counsel in this case is **Chad R. Fuller**, an attorney who is a member of the bar of this Court in good standing and who maintains an office within the State of California.

| MY ADDRESS OF RECORD: | LOCAL CO-COUNSEL'S ADDRESS OF RECORD: |
|---|---|
| 222 Central Park Avenue, Suite 1900 | 11682 El Camino Real, Suite 400 |
| Virginia Beach, VA 23462 | San Diego, CA 92130 |
| MY TELEPHONE # OF RECORD: | LOCAL CO-COUNSEL'S TELEPHONE # OF RECORD: |
| (757) 687-7765 | (858) 509-6056 |
| MY EMAIL ADDRESS OF RECORD: | LOCAL CO-COUNSEL'S EMAIL ADDRESS OF RECORD: |
| john.lynch@troutmansanders.com | chad.fuller@troutmansanders.com |

I am an active member in good standing of a United States Court or of the highest court of another State or the District of Columbia, as indicated above; my bar number is: **# 39267**.

A true and correct copy of a certificate of good standing or equivalent official document from said bar is attached to this application.

I agree to familiarize myself with, and abide by, the Local Rules of this Court, especially the Standards of Professional Conduct for attorneys and the Alternative Dispute Resolution Local Rules.

*I declare under penalty of perjury that the foregoing is true and correct.*

Dated: 08/16/17                                     John C. Lynch
                                                                                    APPLICANT

# ORDER GRANTING APPLICATION
# FOR ADMISSION OF ATTORNEY PRO HAC VICE

IT IS HEREBY ORDERED THAT the application of **John C. Lynch** is granted, subject to the terms and conditions of Civil L.R. 11-3. All papers filed by the attorney must indicate appearance *pro hac vice*. Service of papers upon, and communication with, local co-counsel designated in the application will constitute notice to the party.

Dated: August 16, 2017

                                                   UNITED STATES DISTRICT/~~MAGISTRATE~~ JUDGE

# Supreme Court of Virginia

AT RICHMOND

## Certificate

I, Patricia L. Harrington, Clerk of the Supreme Court of Virginia,

do hereby certify that

JOHN CURTIS LYNCH

was admitted to practice as an attorney and counsellor at the bar of this Court on

October 30, 1995.

I further certify that so far as the records of this office are

concerned, JOHN CURTIS LYNCH is a member of the bar of this Court in

good standing.

Witness my hand and seal of said Court

This 11th day of August

A.D. 2017

By: _____

*Deputy Clerk*